People v Hollmond (2025 NY Slip Op 06180)

People v Hollmond

2025 NY Slip Op 06180

Decided on November 12, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 12, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

FRANCESCA E. CONNOLLY, J.P.
CHERYL E. CHAMBERS
HELEN VOUTSINAS
ELENA GOLDBERG VELAZQUEZ, JJ.

2023-04116
 (Ind. No. 2629/13)

[*1]The People of the State of New York, respondent,
v
Tyron Hollmond, appellant.

Patricia Pazner, New York, NY (Russ Altman-Merino of counsel), for appellant.
Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove, Amy Appelbaum, and Allison Marculitis of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant from a judgment of the Supreme Court, Kings County (Matthew D'Emic, J.), rendered April 26, 2023, convicting him of manslaughter in the first degree and attempted murder in the second degree (two counts), upon his plea of guilty, and imposing sentence.
ORDERED that the judgment is affirmed.
The defendant's contention that his sentence as a second felony offender is unconstitutional in light of Erlinger v United States (602 US 821) and Apprendi v New Jersey (530 US 466) is unpreserved for appellate review (see CPL 470.05[2]; People v Rosen, 96 NY2d 329, 335; People v Munoz, 237 AD3d 1110, 1111). We decline to review it in the exercise of our interest of justice jurisdiction (see People v Munoz, 237 AD3d at 1111; People v Bynum, 225 AD3d 781, 781).
The sentence imposed was not excessive (see People v Suitte, 90 AD2d 80).
CONNOLLY, J.P., CHAMBERS, VOUTSINAS and GOLDBERG VELAZQUEZ, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court